UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT GREENE and KIM GREENE,<br><br>             Plaintiffs,<br><br>     v.<br><br>RAY APPRAISAL SERVICES COMPANY, et al.<br><br>             Defendants. | NO. CV-09-3079-EFS<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Before the Court is Plaintiffs Robert and Kim Green's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(I). Because Defendants have not answered, voluntary dismissal by Plaintiffs is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

   1.   The Complaint **(Ct. Rec. 1)** and First Amended Complaint **(Ct. Rec. 2)** are **DISMISSED** without prejudice.

   2.   This file shall be **CLOSED**.

   **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

   **DATED** this ___25th___ day of June 2010.

                                S/ Edward F. Shea
                              EDWARD F. SHEA
                           United States District Judge

Q:\Civil\2009\3079.vol.dismiss.wpd
ORDER * 1